**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**WhosHere, Inc.,**

**Plaintiff,**

**v.**

**Gökhan Örün d/b/a WhoNear d/b/a Who Near d/b/a whonear.me,**

**Defendant.**

**Case No. 1:13-cv-00526-AJT-TRJ**

**MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT**

Plaintiff WhosHere, Inc. ("WhosHere"), by and through counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7, respectfully moves this Court for an extension of time to serve its Summons and Complaint. In support of such motion, WhosHere submits as follows:

1. On April 30, 2013, WhosHere filed its Complaint against Defendant Gökhan Örün ("Defendant" or "Mr. Örün") for trademark infringement, unfair competition, and cybersquatting. (Dkt. No. 1.)

2. WhosHere then endeavored to engage in good faith settlement discussions with Defendant in the hopes of resolving this dispute without further litigation, including making multiple attempts at communications with Mr. Örün. (Declaration of Jacob S. Wharton ("Wharton Decl.") ¶ 3, filed simultaneously herewith.)

3. To that end, on July 20, 2013, WhosHere sent a courtesy copy of the Complaint to Mr. Örün via email at the address used for prior successful communications between the parties. (*Id.* ¶ 4, Ex. A.) Mr. Örün did not respond to this communication. (*Id.* ¶ 4.)

4. Ultimately due to Mr. Örün's failure to respond, the settlement attempts proved futile, and WhosHere was forced to proceed with this litigation.

5. Defendant is an individual residing in Turkey. Accordingly, WhosHere must serve Defendant with process pursuant to the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Convention").

6. To that end, WhosHere translated both the Summons and Complaint into Turkish and on August 19, 2013, contacted the Turkish Minister of Justice to serve the Summons and Complaint on Defendant. (*Id.* ¶ 5, Ex. B.) The address provided to the Turkish Minister of Justice was taken directly from the contact information provided on Mr. Örün's website offering the app that is the subject of the Complaint. (*Id.* ¶ 5.)

7. On August 22, 2013, WhosHere requested an extension of time to serve the Summons and Complaint pursuant to the Hague Convention. (Dkt. No. 6.) On September 4, 2013, the Court granted WhosHere's motion extending the time to serve the Summons and Complaint through February 7, 2014. (Dkt. No. 8.)

8. On November 19, 2013, the Turkish Minister of Justice returned the Summons and Complaint to the United States Office of Foreign Litigation in Washington, D.C., stating that the documents could not be served because the addressee was not at the given address. (Wharton Decl. ¶ 6, Ex. C.)

9. On or about December 16, 2013, WhosHere received the papers from the United States Office of Foreign Litigation and was, for the first time, made aware that the Turkish Minister of Justice was unable to locate Mr. Örün. (*Id.* ¶ 7, Ex. D.)

10. Shortly after receiving such notice, WhosHere retained a Turkish investigator for the purpose of determining an alternative address for service of the Summons and Complaint. (*Id*. ¶ 8.)  WhosHere believes this task will be completed by February 7, 2014.  (*Id*.)

11. Upon information and belief, it will take upwards of four months for the Turkish Minister of Justice to effectuate service under the Hague Convention once WhosHere is able to locate Mr. Örün and resubmit the Summons and Complaint.

12. Accordingly, WhosHere respectfully requests a six-month (180-day) extension to allow for adequate time to locate the Defendant and resubmit the Summons and Complaint for service of process in accordance with the Hague Convention.

13. The requested extension of time will not prejudice either party.

14. In sum, there is good cause to grant additional time for WhosHere to serve the Summons and Complaint, as WhosHere diligently attempted to resolve this dispute, and once those efforts proved futile, to serve Defendant Gökhan Örün in Turkey under the Hague Convention at his known address, a process that took in excess of four months, and now must locate Mr. Örün in Turkey and re-submit the Summons and Complaint to the Turkish Minister of Justice to effectuate service.

15. In accordance with Local Rule 7, WhosHere, Inc. sought Mr. Örün's consent to this motion.  (*Id*. ¶ 9.)  Mr. Örün did not respond to WhosHere, Inc.'s request.  (*Id*.)

Respectfully submitted this 22nd day of January, 2014.

/s/ Lela M. Ames
Lela M. Ames (VA Bar No. 75932)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036
Tel: (202) 857-4427
Fax: (202) 261-0088
Email: lames@wcsr.com

*Counsel for Plaintiff WhosHere, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of January, 2014, I caused a copy of the foregoing Motion for Extension of Time to Serve Summons and Complaint and supporting documents to be sent via first class mail international, postage prepaid to the following:

Gökhan Örün
Ihlamur Yildiz Caddesi
10200 Beşiktaş
Istanbul, Turkey

/s/ Lela M. Ames

Lela M. Ames (VA Bar No. 75932)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036
Tel: (202) 857-4427
Fax: (202) 261-0088
Email: lames@wcsr.com

*Counsel for Plaintiff WhosHere, Inc.*