**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| WhosHere, Inc., <br><br>      **Plaintiff,** <br><br>   **v.** <br><br> **Gökhan Örün d/b/a WhoNear d/b/a Who Near d/b/a whonear.me,** <br><br>      **Defendant.** | **Case No. 1:13-cv-00526-AJT-TRJ** |

<u>**DECLARATION OF JACOB S. WHARTON**</u>

I, Jacob S. Wharton, declare as follows:

1.      I am a member of the bar of the State of North Carolina and a partner with Womble Carlyle Sandridge and Rice, LLP, counsel for Plaintiff WhosHere, Inc. ("WhosHere"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      It is contemplated that I will serve as lead counsel for WhosHere in this litigation, along with Lela M. Ames, of Womble Carlyle Sandridge and Rice's Washington, DC office.

3.      Prior to attempting to serve process on Defendant Gökhan Örün ("Defendant" or "Mr. Örün"), I made multiple attempts to communicate with Mr. Örün in hopes of resolving this dispute without further litigation.

4.      On July 20, 2013, WhosHere sent a courtesy copy of the Complaint to Mr. Örün via email to gokhan@whonear.me.  A true and correct copy of that email is attached hereto as Exhibit A and is incorporated by reference herein.  Defendant had previously responded to emails sent to this address, but did not respond to the July 20, 2013 communication.

5.      I then caused both the Summons and Complaint to be translated into Turkish, and on August 19, 2013, sent a letter to the Turkish Minister of Justice asking that his office serve the Summons and Complaint on Defendant at the address provided on Mr. Örün's website.  A true and correct copy of that letter is attached hereto as Exhibit B and incorporated by reference herein.

6.      A true and correct copy of the Turkish Minister of Justice's response to my request, dated November 19, 2013, and directed to the United States Office of Foreign Litigation in Washington, DC is attached hereto as Exhibit C and incorporated by reference herein.

7.      A true and correct copy of the envelope sent by the United States Office of Foreign Litigation on December 12, 2013, forwarding the papers sent by the Turkish Minister of Justice, is attached hereto as Exhibit D and incorporated by reference herein.  I received these papers on or about December 16, 2013.

8.      Since receiving the above-described communication, on my client's behalf I located and retained an investigator located in Turkey for the purpose of determining an alternative address for service of the Summons and Complaint.  The investigator has informed me that he intends to complete this task by February 7, 2014.

9.      I sought Mr. Örün's consent to this motion via email sent to gokhan@whonear.me.  Mr. Örün did not respond to my request.

Executed this 20th day of January, 2014, in Winston-Salem, North Carolina.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Jacob S. Wharton

WCSR 31866576v1