# EXHIBIT 1

**From**: "Gökhan Örün" <gokhan@whonear.me>
**Sent**: Sunday, April 01, 2012 1:06 PM
**To**: stephen.smith@whoshere.net
**Subject**: Notice of trademark violation

Hi Stephen,

This is Gökhan, I'm founder and developer of WhoNear. First of all sorry for late reply I've just get your email. I'm really surprised about your email. I've already researched many applications and websites before I've started to WhoNear and I've already seen WhosHear, WhoIsNear, WhoMearMeLive... and other applications.  Also I've registered WhoNear brand and our logo in Turkey. I don't think WhoNear violate your trademark because already also WhoIsNear have registered name (do you know?).

So here is my all connection informations  below, I'd like to talk. We can make a skype call.

email : gokhanorun@gmail.com (you can find me in all social network with this email address)
skype username : gokhanorun

Sincerely,

Gökhan Örün
+905077747222
Founder/CEO for WhoNear
gokhan@whonear.me


---------- Forwarded message ----------
From: **Stephen Smith** <stephen.smith@whoshere.net>
Date: Tue, Mar 27, 2012 at 9:03 PM
Subject: Notice of trademark violation
To: support@whonear.me

Hi,

I just saw your app on your web site  I would like to ask you to promptly change the name of you app.  WhosHere is a registered trademark of WhosHere, Inc.

We take this matter seriously and would like to resolve it quickly and amicably without getting our attorneys involved.

I would appreciate it if you called me back this week.

Sincerely,

Stephen Smith

Stephen S. Smith
President & COO
Co-Founder
WhosHere, Inc.

c. 571.228.4271
e. stephen.smith@WhosHere.net


Join WhosHere on Facebook