## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of January, 2014, I caused a copy of the foregoing Memorandum of Points and Authorities in Support of Plaintiff WhosHere, Inc.'s Motion for Permission to Serve the Defendant Located in Turkey Through Alternative Means Pursuant to Federal Rule of Civil Procedure 4(f)(3) and supporting documents to be sent via first class mail international, postage prepaid, email, and social networking sites as follows:

> Gökhan Örün
> Ihlamur Yildiz Caddesi
> 10200 Beşiktaş
> Istanbul, Turkey
> gokhan@whonear.me
> gokhanorun@gmail.com
> Linked-In: www.linkedin.com/in/gokhanorun
> Facebook: www.facebook.com/OrunGokhan

/s/ *Christine H. Dupriest*
Christine H. Dupriest (VA Bar No. 83098)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
1200 Nineteenth Street, N.W.
Suite 500
Washington, DC  20036
Tel:  (202) 857-4438
Fax:  (202) 261-0040
Email:  cdupriest@wcsr.com

*Counsel for Plaintiff WhosHere, Inc.*